IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID MEYERS, ) | |
|     Petitioner, ) | Civil Action No. 7:25cv00770 |
| ) | |
| v. ) | |
| ) | |
| CHADWICK DOTSON, et al., ) | |
|     Respondents. ) | |

**PERTINENT STATE COURT RECORDS**

It is respondent's belief that the following state-court records are pertinent to the court's adjudication of this case:

☐ Trial Court- criminal      ☐ Circuit Court- habeas

☐ Virginia Court of Appeals- direct appeal      ☒ Supreme Court of Virginia- habeas

☐ Supreme Court of Virginia- direct appeal      ☐ None

☐ Other: _____

Accordingly, respondent has requested that the following state-court records be forwarded to this court in paper *or submitted electronically through the court's Case Management and Electronic Case Filing system (CM/ECF)*:

| Court | Case Number | Date Requested |
|---|---|---|
| Supreme Court of Virginia | Case No. 240791 | 1/15-16/2026 |
| | | |
| | | |
| | | |
| | | |
| | | |

***Respondent understands that it is his responsibility to make all necessary arrangements to have all pertinent state-court records forwarded to the court and will follow-up to ensure that the records are received by the court.***

By:   Ann-Marie White Rene

Title:   Assistant Attorney General